# United States District Court

--- DISTRICT OF ---

United States District Court
Southern District of Texas
FILED

OCT 01 2003

Michael N. Milby
Clerk of Court

Ronald Carney

v.

GI Jane, Jane Doe el.,
Department of Veterans Affairs

CIVIL ACTION

Case Number: **B-03-173**

## COMPLAINT

On or about September 15, 2003, GI Jane aka Jane Doe of the Department of Veterans Affairs interfere in civil liberties, by appointing B. John Kaufman to handle VA Compensation. Jane Doe continue to request payment of allotment from VA Compensation.

The right of every individual to possess and control of his own person free from **all** restraint of interference. As to ranked as one of the fundamental liberties protected by the substantive components. Does apply to conduct of Federal Officials. It's the right of a person deprived of his liberty to review to the extend permitted by law, liberty and legality of their action. Plaintiff have legal rights therefore are entitled to application thereof. Federal courts have rules that governs the calendar and cases.

Newman v Sathyanaglswaran 287 F. 3d. 786.. King v US.. Township of TP v Woolrich

_Ronald Carney, Psy D._
Ronald Carney, Esq.

Date