United States District Court
Southern District of Texas
FILED

DEC 0 3 2003

Michael N. Milby
Clerk of Court

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW B. John Kaufman, ESQ., of Department of Veterans Affairs, moves to withdraw as Trust Attorney for Ronald Carney listed above. The motion is made and based upon the points and authorities and the Affidavit of complaint attached hereto.

B. John Kaufman address is: 20 Franklin Place, Maplewood NJ 07040 – 1320

RESPECTFULLY SUBMITTED this 13TH day of November 2003.

Ronald Carney, ESQ.,

United States District Court Bar No.
30389767
P O Box 1776 Williamsburg, Virginia

## POINTS AND AUTHORITIES

The relationship between the Defendant above named and his trust attorney has deteriorated to the point where his attorney can no longer represent him adequately. The Defendant has not responded to his attorney's most recent series of correspondence.

WHEREFORE, the undersigned requests that this Court enter an order approving B. John Kaufman withdrawal as Trust Attorney for Petitioner.

RESPECTFULLY SUBMITTED this 13TH day of November 2003.

Ronald Carney, ESQ.,