United States District Court
Southern District of Texas
FILED

DEC 0 3 2003

Michael N. Milby
Clerk of Court

## MOTION TO ASSOCIATE COUNSEL

Plaintiff moves the Court for an Order permitting Richard Roe, of the firm of United States General Attorney to practice in this court for the purpose of this case. Ronald Carney Application to Practice in the United States District Court is attached hereto as an Exhibit A.

*Ronald Carney, ESQ.,*

United States District Court Bar No.
30389767
P O Box 1776 Williamsburg, Virginia


## PEREMPTORY CHALLENGE OF JUDGE

COMES NOW, Plaintiff above named by and through Attorney, Ronald Carney, ESQ., of he law firm of Cambridge Judge Advocate Corps. does hereby give notice of peremptory challenge of the Honorable Hilda G. Tagle.

*Ronald Carney, ESQ.,*

United States District Court Bar No.
30389767
P O Box 1776 Williamsburg, Virginia

## APPLICATION TO PRACTICE

## UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF TEXAS

1. Name: ▮▮▮▮ Court of International Trade
   (as listed on State Bar Card)

2. Home Address: P.O. Box 1776   Williamsburg VA 23187
   (Street or P.O. Box)                                      (City -State-Zip)

3. Telephone:   Home: (1 888 CWF 1776.        Office: (956) 554 9366

4. Firm Name: Union Navy Company 216   AFGE

5. Firm Address: 952 E. Levee St.   Brownsville TX 78520
   (Street or P.O. Box)                                      (City -State-Zip)

6. Date of Birth: 11 09 1969

7. Identify a state bar of which you are admitted.

   New Jersey                    State Bar No: 0100 7884 48

8. Identify a United States District Court bar of which you are a member.

   United States                 Number: 30389767

9. Please list areas of certification:  Cambridge Judge Advocate Corps

10. If in the last ten years you have been the subject of discipline by a court or bar, attach a description and a copy of the final disposition.

11. Attach an explanation of any conviction, in the last ten years, of a misdemeanor involving moral turpitude or any felony.

12. If you responded to item ten or eleven, attach all information you feel would assist the court in determining your fitness to practice law in this district.

13. List two members of this court's bar who will state that (a) they are not related to you; (b) they have known you for at least twelve months or otherwise know you well; (c) they have read this application; and (d) they believe your professional competence and character to be good.

    A. Reference's name, office address, state bar number and telephone number: Lula May Jones
    851 East Temple Los Angeles, CA 90020, 2297 213 253 5597

    Reference's name, office address, state bar number and telephone number: Tina L. Plaza
    925 Broad Street Newark NJ 07102, B25, 973 733 6394

    Ronald Carney Esq,.
    Applicant

    Date

*USFWS Form 3-177  
(Revised 10/17/2000)  
O.M.B. No. 1018-0012  
Expiration Date: 10/31/2003

U.S. FISH AND WILDLIFE SERVICE

Page 1 of 8

**DECLARATION FOR IMPORTATION OR EXPORTATION OF FISH OR WILDLIFE**

Please Type or Print Legibly

| Field | Value |
|---|---|
| 1. Date of Import/Export: (mm/dd/yyyy) | __ __/__ __/__ __ __ __ |
| 2. I/E License Number: | B-03-173 |
| 3. Indicate One: | xx Import ☐ Export |
| 4. Port of Clearance: | Brownsville |
| 5. Purpose Code: | Diplomatic |
| 6. Customs Entry Number: | 10180012 |
| 7. Name of Carrier: | Dr. Ronald Carney |
| 8. Air Waybill or Bill of Lading Number: Master: / House: | |
| 9. Transportation Code: | License / State |
| 10. Bonded Location for Inspection: | Genital Canal |
| 11. Number of Cartons Containing Wildlife: | Multiple Vaginas |
| 12. Package Markings Containing Wildlife: | Temple Arts |

13. (indicate one)  
xx U.S. Importer of Record  
☐ U.S. Exporter  
(complete name / address / phone number) (973) 972-4728  
Office of Students Affairs and Graduate University Campus  
University of Behavioral Healthcare  
183 S. Orange Ave., Newark, NJ 07101

14a. Foreign Supplier / Receiver:  
(complete name / address / phone number)  
BUDDHA BU  
SEE PETITIONER

14b.

15. Customs Broker, Shipping Agent or Freight Forwarder.

Phone Number / Fax Number:        Contact Name:

| Species Code (Official Use) | 16a. Scientific Name / 16b. Common Name | 17a. Foreign CITES Permit Number / 17b. U.S. CITES Permit Number | 18a. Description Code / 18b. Source | 19a. Quantity / Unit / 9b. Total Monetary Value | 20. Country of Origin of Animal |
|---|---|---|---|---|---|
| | PUDDHA BRANCH | 223230948 | PSY. D | WRON | Central Rep. of Africa |
| | MADAM JUSTICE | 223230948 | UMDNJ | >$500 | |
| | PUDDHA BRANCH | 223230948 | PSY. D | WRON | Brazil |
| | MADAM JUSTICE | 223230948 | UMDNJ | >$500 | |
| | PUDDHA BRANCH | 223230948 | PSY. D | WRON | Indonesia |
| | MADAM JUSTICE | 223230948 | UMDNJ | >$500 | |
| | PUDDHA BRANCH | 223230948 | PSY. D | WRON | Republica Mexicana Oaxaca |
| | MADAM JUSTICE | 223230948 | UMDNJ | >$500 | |
| | PUDDHA BRANCH | 223230948 | PSY. D | WRON | America |
| | MADAM JUSTICE | 223230948 | UMDNJ | >$500 | |

Knowingly making a false statement in a Declaration for Importation or Exportation of Fish or Wildlife may subject the declarant to the penalty provided by 18 U.S.C 1001 and 16 U.S.C. 3372 (d)

21. I certify under penalty of perjury that the information furnished is true and correct:

Signature _____ Date _____  
Ronald Carney  
Type or Print Name

Action/Comments:                    FOR OFFICIAL USE ONLY

Wildlife Inspected:  
None / Partial / Full

SEE REVERSE OF THIS FORM FOR PRIVACY ACT NOTICE