United States District Court
Southern District of Texas
FILED

DEC 0 3 2003

Michael N. Milby
Clerk of Court

| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| Ronald Carney | CASE NO. 03 B 173 |
|---|---|
| versus | |
| GI Jane, Jane Doe | Exhibit List |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Breck Record |
| List of | Proceeding      Date |

| No. | Description | Adm | Exd |
|---|---|---|---|
| 1 | Admission To Attorney | | |
| 2 | Customs Form 4790 | | |
| 3 | Attorney Trust Account 00434 09315 | | |
| 4 | Attorney Trust Account 00434 09326 | | |
| 5 | Attorney Trust Account 00434 09382 | | |
| 6 | Attorney Trust Account 00434 09424 | | |
| 7 | Attorney Trust Account 00434 Return Checks DEF. | | |
| 8 | Attorney Trust Account 00434 | | |
| 9 | Attorney Trust Account 00434 09301 | | |
| 10 | SCHEDULE CAR 100 | | |
| 11 | C 9600 | | |
| 12 | PS Form 3811, PS Form 3806 | | |
| 13 | Servicio de Administracion Tributaria SAT | | |
| 14 | Department 5 Continuance Card 11601 015 10 | | |
| 15 | ███████████████████████████████ | | |
| 16 | Attorney Trust Account 00434-09447-09469-09470 | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |