United States District Court
Southern District of Texas
FILED

NOV 1 0 2003

Michael N. Milby
Clerk of Court

| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| versus - Ronald Carney<br>G. I. Jane<br>Jane Doe | CASE NO. B-03-173 |
|---|---|
| | Witness List |
| Judge Hilda G. Tagle | Case Manager: Stella Cavazos<br>Court Reporter: Breck Record |
| List of | Proceeding            Date |

1. Shonda Sanders

2.

3.

4.

5.

6.

7.

8.

9.

10.