```
                                              United States District Court
                                              Southern District of Texas
                                                      FILED

                                                   NOV 1 0 2003

                                                 Michael N. Milby
UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS Clerk of Court
```

|  |  |
|---|---|
| Ronald Carney § | |
| versus § | CIVIL ACTION B-03-173 |
| Jane Doe § | |
| G.I. Jane § | |

## Consent to Proceed Before a Magistrate Judge

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

____Department of Veterans Affairs____    ____Richard Roe____

____B. John Kaufman____    ____An No Others____

## Order to Transfer

This case is transferred to United States Magistrate Judge ~~Hilda G. Tagle~~ _Felix Recio_ to conduct all further proceedings, including final judgment.

____January 14, 2004____    ____[signature]____
~~November 13, 2003~~
Date    United States District Judge