United States District Court
Southern District of Texas
FILED

NOV 1 0 2003

Michael N. Milby
Clerk of Court

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

|  | § |  |
| --- | --- | --- |
| Ronald Carney | § | |
| versus | § | CIVIL ACTION B-03-173 |
| Jane Doe | § | |
| G.I. Jane | § | |

### Consent to Proceed Before a Magistrate Judge

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

__Department of Veterans Affairs__        __Richard Roe__

__B. John Kaufman__        __An No Others__

United States District Court
Southern District of Texas
ENTERED

JAN 2 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

### Order to Transfer

This case is transferred to United States Magistrate Judge ~~Hilda G. Tagle~~ _Felix Recio_ to conduct all further proceedings, including final judgment.

_January 14, 2004_
~~November 13, 2003~~
Date

United States District Judge