# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| **RONALD CARNEY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. B-03-0173** |
| | § | |
| **JANE DOE** | § | |
| **G.I. JANE,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER REFERRING CASE TO MAGISTRATE JUDGE RECIO

BE IT REMEMBERED that on March 1, 2004 the Court referred this case to Magistrate Judge Felix Recio for all pretrial purposes pursuant to 28 U.S.C. § 636(b)(1).

DONE at Brownsville, Texas, this 1st day of March 2004.

Hilda G. Tagle
United States District Judge