UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RONALD CARNEY, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-173 |
| | § | |
| JANE DOE, G.I. JANE, | § | |
| Defendants. | § | |

## ORDER

Before the Court are two pending motions, Plaintiff Ronald Carney's Motion to Withdraw as Counsel (Docket Entry No. 2) and his Motion to Associate Counsel (Docket Entry No. 3). Both of Plaintiff's motions (Docket Entry Nos. 2 and 3) are hereby DENIED.

IT IS SO ORDERED.

DONE at Brownsville, Texas this 1st day of September, 2004.

Felix Recio
United States Magistrate Judge