IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RONALD CARNEY, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION No. B-03-173 |
| | * | |
| GI JANE, JANE DOE, DEPARTMENT | * | |
| OF VETERANS AFFAIRS, | * | |
| Defendants. | * | |

**ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS**

Today, this Court considered the Defendants' Motion to Dismiss. In the motion, Defendants urge dismissal on the ground that this Court lacks subject matter jurisdiction, that Plaintiff has failed to state a claim upon which relief can be granted, and has failed to properly serve the Defendants in accordance with Rule 4(i) of the Federal Rules of Civil Procedure.

Having considered the motion, exhibits and any response filed in opposition to same, this Court finds that the Defendants' motion is meritorious and that this Court lacks jurisdiction over the Defendants and the subject matter of this lawsuit.

THEREFORE, IT IS ORDERED that the Defendants' Motion to Dismiss be GRANTED and this case is hereby DISMISSED, without prejudice.

Signed: _____

HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS