United States District Court
Southern District of Texas
FILED

AUG 10 2005

Michael N. Milby, Clerk of Court

| SENDER: Complete items 1 and 2 when additional services are desired, and complete items 3 and 4. Put your address in the "RETURN TO" Space on the reverse side. Failure to do this will prevent this card from being returned to you. The return receipt fee will provide you the name of the person delivered to and the date of delivery. For additional fees the following services are available. Consult postmaster for fees and check box(es) for additional service(s) requested. ||
|---|---|
| 1. ☐ Show to whom delivered, date, and addressee's address.   (Extra charge) | 2. ☐ Restricted Delivery (Extra charge) |
| 3. Article Addressed to:<br>Mr. Ronald Carney<br>952 E. Levee St<br>Brownsville, TX  78520<br><br>CA B03-173   (8/8/05 R&R) | 4. Article Number<br>7004 2890 0003 2941 0737<br><br>Type of Service:<br>☐ Registered   ☐ Insured<br>☑ Certified   ☐ COD<br>☐ Express Mail   ☐ Return Receipt for Merchandise<br><br>Always obtain signature of addressee or agent and DATE DELIVERED. |
| 5. Signature — Addressee<br>X | 8. Addressee's Address (ONLY if requested and fee paid) |
| 6. Signature — Agent<br>X | |
| 7. Date of Delivery | |
| PS Form 3811, Apr. 1989 | DOMESTIC RETURN RECEIPT |