B:03cv173

CHAMBERS OF
Felix Recio, U.S. Magistrate Judge
UNITED STATES DISTRICT COURT
Southern District of Texas
U.S. Federal Building & Courthouse
600 E. Harrison, #203
Brownsville, TX 78520

RETURNED TO SENDER

7004 2890 0003 2941 0737

CERTIFIED MAIL

Mr. Ronald Carney
952 E. Levee St.
Brownsville, TX 78520

$04.42 U.S. POSTAGE
AUG 09 2005
MAILED FROM ZIP CODE 78520

United States District Court
Southern District of Texas
FILED
AUG 17 2005
Michael N. Milby
Clerk of Court