OPINION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RONALD CARNEY,<br>    Plaintiff,<br><br>v.<br><br>G.I. JANE, JANE DOE, DEPARTMENT<br>OF VETERANS AFFAIRS.<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-03-173 |

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Now before the Court is Plaintiff Ronald Carney's complaint (Dkt. No. 1) against the above named defendant. The Government's motion to dismiss (Dkt. No. 10) will also herein be considered. For the reasons set forth below the government's motion should be GRANTED and Plaintiff's suit DISMISSED without prejudice.

### BACKGROUND

Plaintiff is a veteran of the United States Navy. On December 1, 1993, the Veterans Administration (VA) determined that Plaintiff suffered from service related schizophrenia and authorized disability benefit payments. In 1997, Plaintiff sought to have these benefits increased. In order to determine if his request should be granted the VA conducted a mental and medical examination of Plaintiff. The examining physician diagnosed Plaintiff with "paranoid schizophrenia" and concluded that he was incapable of handling his own financial affairs. The VA subsequently increased his disability benefits and, after notice, found him incompetent to manage the VA funds he was to receive. The VA then appointed Plaintiff's father to act as the legal custodian of Plaintiff's VA benefits. Not long after, however, Plaintiff's father withdrew as

1