# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov
United States Courts
Southern District of Texas
FILED

AUG 1 9 2005 

Michael N. Milby, Clerk

Ronald Carney
952 E. Levee St.
Brownsville TX 78520

---

Case: 1:03-cv-00173   Instrument: 11   (4 pages)
Date: Aug 9, 2005
Control: 050811327
Notice: The attached order has been entered.

---

You could have received this notice faster by e-mail,
          and
You can serve other parties through the court's electronic filing system.

Electronic Noticing and Filing is authorized in Civil, Criminal and Bankruptcy Cases.

Read more about it at www.txs.uscourts.gov under CM/ECF - Electronic Filing,
          and
Register on-line for a training class to receive your user privileges.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

77208-1010-2104 C011

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD



Hasler
$00.370
Mailed From 77002
US POSTAGE
08/09/2005
012H16202949