UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ORDER
United States District Court
Southern District of Texas
ENTERED

SEP 1 6 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RONALD CARNEY, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-173 |
| | § | |
| G.I. JANE, JANE DOE, DEPARTMENT | § | |
| OF VETERANS AFFAIRS. | § | |
| Defendant. | § | |
| | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. It is, therefore, ORDERED, ADJUDGED, and DECREED that the government's Motion to Dismiss (Docket No. 10) is hereby GRANTED. Accordingly, Plaintiff Ronald Carney's complaint (Dkt No. 1) should be DISMISSED WITHOUT PREJUDICE.

DONE at Brownsville, Texas this 15 day of September 2005.

Hilda Tagle
United States District Judge