# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Ronald Carney
952 E. Levee St.
Brownsville TX 78520

United States Courts
Southern District of Texas
FILED

Case: 1:03-cv-00173   Instrument: 16   (1 pages)
Date: Sep 16, 2005
Control: 050922126
Notice: The attached order has been entered.

SEP 2 8 2005

Michael N. Milby, Clerk

You could have received this notice faster by e-mail,
          and
You can serve other parties through the court's electronic filing system.

Electronic Noticing and Filing is authorized in Civil, Criminal and Bankruptcy Cases.

Read more about it at www.txs.uscourts.gov under CM/ECF - Electronic Filing,
          and
Register on-line for a training class to receive your user privileges.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

7852085104 C011

NOT
AS ADDRESSED
UNABLE TO

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
SEP 28 2005
MICHAEL N. MILBY, CLERK OF COURT

